

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re ) Case No. LA 01-42911-SB

**Artimm, S.r.l.,** ) Section 304

    Debtor. )

) **ORDER OVERRULING DRAI'S**
) **OBJECTIONS TO DECLARATION**
) **OF DR. SERGIO LO PRATO**
)
) Date: June 21, 2005
) Time: 10:00 a.m.
) Ctrm: 1575

    Creditor Victor Drai objects to the admissibility of evidence provided in the declaration of Dr. Sergio Lo Prato on two grounds: that an affidavit is not competent evidence and that the financial statement is hearsay. The court overrules both objections.

    The proceeding before the court is in the nature of summary judgment. The court may approve the settlement agreement if it finds that any objection to it must be overruled.

    For the purpose of summary judgment, Fed.R.Civ.P. 56(a), incorporated by reference in Fed.R.Bankr.P. 9014(c), specifically authorizes the use of an affidavit in support of summary judgment. Similarly, Rule 56(b) authorizes a defendant party to submit an affidavit in opposition. Thus, the affidavits are competent evidence before the court.

    Drai objects that the financial information attached to Lo Prato's declaration is

hearsay. The court finds otherwise. Lo Prato specifically declares: "I oversaw, supervised and directed the review and compilation of the financial records and accountings related to the costs and expenses of a production and exploitation of the Film . . .". He further testifies, "I personally oversaw and approved the preparation of the financial statement (attached) covering the worldwide exploitation of the Film from completion through June 30, 2004." This shows that Dr. Lo Prato has personal and first hand knowledge on which to base his declaration and the accompanying financial statement. This is not hearsay. The objection is overruled.

Drai also objects to LoPrato's accounting, which is all presented in euros (and converted to U.S. dollars), on the grounds that part of it relates to a period of time before the euro was adopted. However, Drai presents no evidence that the conversion from other monetary units to euros was not properly done by Lo Prato.[1] Absent any such evidence, the court can give no weight to this objection. In consequence, it is overruled.

DATED: November 23, 2005

_____
SAMUEL L. BUFFORD
UNITED STATES BANKRUPTCY JUDGE

---

[1] The court will perform its own conversion of euros to dollars, based on current market rates.

2

## CERTIFICATE OF MAILING

I certify that a true copy of this **OVERRULING OBJECTIONS TO DECLARATION OF DR. SERGIO LOPRATO** was mailed on __11/29/05__ to the parties listed below:

U.S. Trustee's Office
725 So. Figueroa St., Suite 2600
Los Angeles, CA 90017

Michael M. Plotkin
Law Offices of Michael M. Plotkin
1801 Avenue of the Stars, Suite 801
Los Angeles, CA 90067-5890

Charles M. Coate
Costa, Abrams & Coate, LLP
1221 Second St., Third Floor
Santa Monica, CA 90401

Paul A. Beck
Ben-Zvi & Beck, LLP
13701 Riverside Drive, Suite 701
Sherman Oaks, CA 91423

Albert S. Golbert
Albert S. Golbert & Associates
601 West Fifth St., Eighth Floor
Los Angeles, CA 90071-9036

Directors Guild of America, Inc.
7920 Sunset Blvd.
Los Angeles, CA 90046
Attn: Elliott Williams

Peter S. Dickinson
Geffner & Bush
3500 West Olive Ave., Suite 1100
Burbank, CA 91505

Ivan L. Kallick
Ileana M. Hernandez
Manatt Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064

Victor Drai
2765 Woodstock Rd.
Los Angeles, CA

DATED: __11/29/05__                          _____
                                              DEPUTY CLERK